United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVARO G VELEZ,

    Plaintiff,

v.

TERESA A VELEZ, et al.,

    Defendants.

Case No. 21-cv-08822-RS

**ORDER GRANTING EXTENSION**

In light of plaintiff's medical condition, his obligation to respond to the Order to Show Cause entered September 12, 2022. (Dkt. No. 41), is extended to December 1, 2022. As it seems the main part of the parties' dispute may be moot by that date, they are again strongly encouraged to resolve any remaining issues without the expense of motion practice, and to file a joint dismissal of all claims and counterclaims, if possible.

**IT IS SO ORDERED**.

Dated: October 4, 2022

_____
RICHARD SEEBORG
Chief United States District Judge